IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM BERGER and
MARK PATRICK,

                Plaintiffs,                No.  3:14-cv-01661-PK

      v.

DIRECTV, INC. and
DIRECTV, LLC,                                ORDER

                Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Papak issued a Findings and Recommendation [33] on March 6, 2015, in which he recommends that this Court deny in part and grant in part Defendants' Motion to Dismiss [15]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [33], and therefore, Defendants' Motion to Dismiss [15] is denied in part and granted in part.

IT IS SO ORDERED.

DATED this <u>16</u> day of <u>April</u>, 2015.

<u>/s/ Marco Hernández</u>
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER