IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM BERGER and
MARK PATRICK,

        Plaintiffs,        No. 3:14-cv-01661-PK

    v.

DIRECTV, INC. and
DIRECTV, LLC,        ORDER

        Defendants.

HERNÁNDEZ, District Judge:

    Magistrate Judge Papak issued a Findings and Recommendation [50] on August 21, 2015, in which he recommends that this Court grant Defendants' Motion to Compel Arbitration [42]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [50] and, therefore, Defendants' Motion to Compel Arbitration [42] is granted and further court proceedings are stayed pending resolution of that arbitration.

IT IS SO ORDERED.

DATED this ____22____ day of ____September____, 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge